UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: Jessica Colleen Mays | CHAPTER 7 |
| | CASE NO.  15-70675-PBR |

O R D E R

The above-captioned matter is deficient in the following area(s):

☒  The petition was filed without certain required schedules and/or statements of financial affairs.

☐  The petition was filed without official form B22 (Means Test Calculation)

☐  The Chapter 13 petition was filed without a Chapter 13 Plan

☒  The petition was filed without a certification that he/she has received an approved credit counseling briefing in the 180 day period ending on the date of filing of the petition or a certification of exigent circumstances.

It is accordingly

O R D E R E D

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), this case may be dismissed without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee, and other parties as may be appropriate.

Entered:   May 14, 2015

PAUL M. BLACK, JUDGE

14daydef